UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE:   WILKISON, ALAN KEITH
         WILKISON, LAUREN MARIE

         DEBTOR(S)            CASE NO. 3:20-bk-32748-SHB
                              CHAPTER 7

## APPLICATION OF TRUSTEE TO EMPLOY ANN MOSTOLLER AND THE LAW FIRM OF MOSTOLLER, STULBERG, WHITFIELD & ALLEN

COMES Ann Mostoller, Trustee herein, pursuant to §327 of the Bankruptcy Code and Rule 2014(a) of the Rules of Bankruptcy Procedure and E.D. Bankr. LBR 2014-1, and respectfully represents the following.

1. That she is the duly qualified and acting Trustee of the estate of the above named Debtors.

2. That she requires the assistance of counsel for the following purposes:

   A. To liquidate real property, file all the necessary legal documents, and any other action that requires the assistance of legal counsel.

   B. To pursue objections to claims and complete any other administrative tasks which may require legal services.

3. That it is in the best interest of this estate and its economical administration that your applicant, and Mostoller, Stulberg, Whitfield & Allen a law firm of which applicant is a member, be authorized to act as attorney for the estate for the above purposes.

4. That she is an attorney at law duly admitted to practice before this Court and other necessary state courts in this jurisdiction and has experience with regard to the above matter. That the following rates are charged for routine legal work, plus costs incurred:

   a. Ann Mostoller - $275.00;

   b. Hannah Tippett - $225.00; and

   c. Paralegal - $95.00.

5. That, to your applicant's knowledge, she and the above named firm, its members and associates, do not hold or represent an interest adverse to the estate, are disinterested persons (other than being the Trustee or an employee of the Trustee's law firm) within the meaning of 11 U.S.C. §101(14) and are eligible to serve as counsel for the estate and the trustee pursuant to the provisions of 11 U.S.C. §327(d).

WHEREFORE, Ann Mostoller, Trustee, prays pursuant to §327(d) of the Bankruptcy Code that she, and the law firm of which she is a member, be authorized to act as attorney for the estate with compensation for such legal services to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow pursuant to §330 of the Bankruptcy Code.

DATED February 8, 2021.

               s/ Ann Mostoller
               Ann Mostoller, #001146
               Attorney for Trustee
               Mostoller, Stulberg, Whitfield & Allen
               136 South Illinois Avenue, Suite 104
               Oak Ridge, TN 37830
               (865) 482-4466
               bdavis@msw-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2021, a true and exact copy of the foregoing Application to Employ and proposed order was filed electronically. Notice of this filing will be sent to the following parties as indicated below:

**Via Electronic/ECF Mail**
Tiffany DiIorio, Attorney for United States Trustee; ECF
Brent S. Snyder, Attorney for Debtor(s); ECF
All parties indicated on the Court's electronic filing receipt

**Via US Regular Mail**
Alan Wilkison
1011 Antrim Way
Knoxville, TN  37919

Lauren Wilkison
7119 Lawford Road
Knoxville, TN  37919

                                                  s/ Ann Mostoller
                                                  Attorney