UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE:    WILKISON, ALAN KEITH
         WILKISON, LAUREN MARIE

         DEBTOR(S)             CASE NO. 3:20-bk-32748-SHB
                               CHAPTER 7

---

NOTICE OF HEARING

Notice is hereby given that:

A hearing will be held on the Motion to Sell on May 6, 2021, at 9:00 a.m., in Bankruptcy Courtroom, 1-C, located at First Floor, Howard H. Baker, Jr., United States Courthouse, Knoxville, Tennessee

**Given the current public health crisis, hearings may be telephonic only. Please check the court's website www.tneb.uscourts.gov prior to the hearing for instructions on whether to appear in person or by telephone. Information on how to call in and participate is also posted on the website.**

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the Motion to Sell and may enter an order granting that relief.

---

## MOTION OF TRUSTEE FOR AUTHORITY TO SELL PROPERTY FREE AND CLEAR OF LIEN

Ann Mostoller, Trustee, hereby gives notice to the Court, U.S. Trustee, creditors and other parties in interest, that she intends to sell the real property belonging to the estate, being 7119 Lawford Road, Knoxville, Tennessee 37919, AS IS/WHERE IS, without warranty of any kind, to Robert Seaman for $525,000.00 cash, per the attached PURCHASE AGREEMENT. The sale of the property will be as follows:

1.    The sale is made by the Trustee pursuant §363(f)(3) and Bankruptcy Rule 6004. Notice is given in accordance with Bankruptcy Rule 9013-1(f)(1).

2. Northpointe Bank has a first mortgage upon the premises which will be satisfied in full from the sales proceeds of the premises.

3. The sale will be free and clear of all liens and encumbrances with the lien rights of creditors, if any, attaching to the proceeds of sale. The Trustee is aware of no liens other than that referred to in Paragraph 2 above.

4. Any and all costs, fees, and taxes customarily chargeable to a seller may also be deducted and/or paid from the sales proceeds of the premises as a whole, including a real estate commission to Mark Lane in the amount of $31,500.00 and $4,150.00 owed to Jon Byron for necessary repair work prior to listing, resulting in a net benefit to the estate of approximately $68,000.00, which is subject to a $30,000.00 homestead exemption.

5. The Trustee reserves the right to continue the sale from time to time and from place to place as she deems appropriate.

6. Any objections not timely filed and served may be deemed waived.

THIS IS THE ONLY NOTICE OF THE TRUSTEE'S PROPOSED SALE THAT WILL BE MAILED TO CREDITORS AND ANY OTHER PARTIES IN INTEREST.

DATED: April 15, 2021.

s/ Ann Mostoller
Ann Mostoller, #001146
Attorney for Trustee
Mostoller, Stulberg, Whitfield, Allen & Tippett
136 South Illinois Avenue, Suite 104
Oak Ridge, TN 37830
(865) 482-4466
bdavis@msw-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2021, a true and exact copy of the foregoing Motion to Sell and proposed order was filed electronically.  Notice of this filing will be sent to the following parties as indicated below:

**Via Electronic/ECF Mail**
Tiffany DiIorio, Attorney for United States Trustee; ECF
Brent S. Snyder, Attorney for Debtor(s); ECF
All parties indicated on the Court's electronic filing receipt

**Via US Regular Mail**
All parties as listed on the attached mailing matrix

                                                                                         s/ Ann Mostoller
                                                                                         Attorney