IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE: )
Alan Keith Wilkison )
Lauren Marie Wilkison ) Case No. **3:20-bk-32748-SHB**
   Debtors. ) Chapter 7

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that true and exact copies of the **Amended Schedule C and Notice of Amendment** has been forwarded by electronic filing (ECF) or by first class, U.S. Mail (USM) postage prepaid, to the following:

Ann Mostoller, Chapter 7 Trustee (ECF)
Tiffany A. DiIorio, Attorney for U.S. Trustee (ECF)
All creditors on attached list


Dated: April 19, 2021

      /s     Brent S. Snyder
      Brent S. Snyder, BPR # 21700
      2125 Middlebrook Pike
      Knoxville, TN 37921
      (865) 546-2141
      Brentsnyder77@gmail.com

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express Plum Business
PO Box 650448
Dallas, TX 75265-0448

BMW Financial Services
PO Box 790408
Saint Louis, MO 63179

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130

Capital One Spark
1680 Capital One Drive
Mc Lean, VA 22102

Citi Cards
PO Box 6217
Sioux Falls, SD 57117

Citi Cards
PO Box 6190
Sioux Falls, SD 57117

Direct TV
PO Box 5007
Carol Stream, IL 60197

Discover Financial
PO Box 15316
Wilmington, DE 19850

Elanco Fin Svc
PO Box 108
Saint Louis, MO 63166

Funding Circle
85 2nd St #400
San Francisco, CA 94105

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Kabbage
730 Peachtree St Ne
Suite 1100
Atlanta, GA 30308

Knox County General Sessions Court
400 Main St.
Knoxville, TN 37902

Lendr
515 N State Street
#950
Chicago, IL 60654

Mercedes - Benz Financial Services
PO Box 685
Roanoke, TX 76262

Midland Credit MGMT
350 Camino De La Reina
Ste. 100
San Diego, CA 92108

Nicholas Voyles
c/o Tyler Huskey
2430 Teaster Ln
#210
Pigeon Forge, TN 37863

Northpointe Bank
107 Commerece Centre Dr.
#204
Grand Rapids, MI 49546

Omega RMS
PO Box 12027
Kansas City, MO 64152

Paypal
LLCPO Box 481
Malvern, PA 19355

Sevier County General Sessions Court
125 Court Ave
Sevierville, TN 37862

Sharon Wilkison
685 Ownby Dr
Gatlinburg, TN 37738

Synchrony Bank/RTG
PO Box 960061
Orlando, FL 32896

U.S. Attorney's Office
800 Market Street
Suite 211
Knoxville, TN 37902

US Bank
PO Box 790179
Saint Louis, MO 63179-0179

US Bank
PO Box 108
Saint Louis, MO 63166

Warren - Tallent PLLC
606 S Main Street #C
Sweetwater, TN 37874

Zwicker & Associates
100 River Rd
Andover, MA 01810